# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1903
_____

SIPHO JUMAANE BENNETT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.

November 20, 2025

PER CURIAM.

DISMISSED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Bruce A. Miller, Public Defender and Justin T. Turner, Assistant
Public Defender, Defuniak Springs, for Petitioner.

No appearance for Respondent.